JULIUS C. PAGANO, INC. *v.* CHASE DEVELOPMENT
GROUP, INC., ET AL.

NORTH AMERICAN BANK AND TRUST COMPANY
*v.* CHASE DEVELOPMENT GROUP, INC., ET AL.
(12151)

FOTI, FREEDMAN and SCHALLER, Js.

Argued September 13—decision released October 5, 1993

*Donald N. Vitale,* for the appellant (named plaintiff in the first case, defendant in the second case, Julius C. Pagano, Inc.).

*Richard Bruno,* for the appellee (named defendant in the first case, plaintiff in the second case, North American Bank and Trust Company).

PER CURIAM. The judgment is affirmed.